UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOPHOS, INC.<br><br>Plaintiff,<br><br>v.<br><br>RPOST HOLDINGS, INC., ET AL<br><br>Defendant. | Civil Action No. 13-12856-DJC |
| RPOST HOLDINGS, INC., ET AL<br><br>Plaintiff,<br><br>v.<br><br>SOPHOS, INC.<br><br>Defendant. | Civil Action No. 14-13628-DJC |

## JUDGMENT

**CASPER, J.**                                                                                       December 8, 2017

In accordance with the Memorandum and Order dated December 8, 2017; judgment for Sophos, Inc.

Robert M. Farrell, Clerk

By: /s/ Lisa M. Hourihan

Deputy Clerk
